UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

vs.

Case No. 3:17-cv-00662-FLW-TJB

NINE HOLDINGS, LLC, a New Jersey Limited
Liability Company,

    Defendant.
_____/

NINE HOLDINGS, LLC, a New Jersey Limited
Liability Company,

    Third Party Plaintiff,

vs.

COCO IN SEAGULL, INC. and EUNJA SUNG,
Individually,

    Third Party Defendants.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| **/s/Keith Harris** | **/s/Francine Galante** |
| Keith Harris, Esq.(KH4604) | Mark Goldstein, Esq.. |
| Braff, Harris, Sukoneck & Maloof | Francine Galante, Esq. |
| 570 W. Mt. Pleasant Avenue, Suite 200 | Goldstein Law Group LLC |
| Livingston, NJ   07039-0657 | 14 Woodward Dr. |
| Telephone: (973) 994-6677 | Old Bridge, NJ 08857 |
| Facsimile:   (973) 994-1296 | Telephone: 732-967-6777 |
| kharris@bhsm-law.com | markgoldstein@goldsteinlaw.legal |
| and | fgalantecarlin@goldsteinlaw.legal |
| John P. Fuller, Esq., *pro hac vice* | *Attorneys for Defendant* |
| Fuller, Fuller & Associates, P.A. | |
| 12000 Biscayne Boulevard, Suite 502 | |
| North Miami, FL   33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiff* | |
| Date: 1/3/18 | Date: 1/3/18 |